February 23, 1984.
472 A.2d 265

Commonwealth v. Taylor, Appellant.

Argued January 26, 1984.   Merle G. Johnson, for appellant;  Jeffrey E. Leber, District Attorney, for Commonwealth, appellee.

Before WIEAND, TAMILIA and POPOVICH, JJ.

Judgment of sentence vacated and jurisdiction relinquished.

472 A.2d 265

Waligora, Appellants, v. Erie Insurance.

Argued January 25, 1984.   Peter Stinson, for appellants;  David I. Ainsman, for appellee.

Before WIEAND, TAMILIA and POPOVICH, JJ.

Order affirmed and jurisdiction relinquished.